In re the ESTATE OF Donald Lee HAMM, Deceased; Donna L. Morris, Personal Representative, Appellant,

v.

Velma Dee Spencer, Respondent.

No. WD 61018.

Missouri Court of Appeals,
Western District.

May 27, 2003.

Richard A. Koehler, Bulter, MO, for Appellant.

Joseph D. Baker, Osceola, MO, for Respondent.

Before HOWARD, P.J.,
LOWENSTEIN and HARDWICK, JJ.

### ORDER

PER CURIAM.

The personal representative of the probate estate of Donald Lee Hamm appeals from the judgment of the trial court allowing $24,627.90 on a claim to Velma Dee Spencer. Because there was sufficient evidence of a loan agreement between Hamm and Spencer and because the appellant's part-payment revived the statue of limitations, the judgment is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Dejuan L. THOMPSON, Appellant.

No. WD 60711.

Missouri Court of Appeals,
Western District.

May 27, 2003.

Susan L. Hogan, Assistant Appellate Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joel A. Block, Assistant Attorney General, Jefferson City, MO, for respondent.

Before: HOWARD, P.J., and
LOWENSTEIN and HARDWICK, JJ.

### Order

PER CURIAM.

Dejuan L. Thompson appeals his convictions, after a jury trial in Jackson County, of robbery in the first degree, § 569.020, and armed criminal action, § 571.015. In his sole point on appeal, Mr. Thompson alleges the trial court plainly erred in limiting defense counsel's opening statement to evidence that the defense would present in its case in chief because the State's witnesses could have been deemed defense witnesses but for the fact that the State's case proceeded first. Mr. Thompson argues it was fundamentally unfair to prohibit the defense from apprising the jury of the exculpatory evidence the defense would elicit from the State's witnesses.

Affirmed. Rule 30.25(b).